# EXHIBIT A

ASC AMERICA'S SERVICING COMPANY
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

November 20, 2008

008567 1 AT 0.346 0567/008567/000720 037 01 AC02CU LC178 106

Munoz Eduardo Garcia
407 Beach Ave
La Grange Park IL 60526-5713

Dear Munoz Eduardo Garcia :

RE: Loan Number [redacted]0756 Client 106

After reviewing the information you provided, we must advise you your request for Repayment Agreement has been denied for the following reason:

You have failed to adhere to the agreed upon terms of the forbearance plan.Borrower did not pay the scheduled repayment plan payment. There may be alternative options available based on agency or investor guidelines and approval.

At this time there are no workout options available to you based on your current financial information provided to us.

If you would like to be reconsidered for workout options, please call us at (866) 248-5719. For additional assistance, you may also call Consumer Credit Counseling Services at (800) 569-4287.

Sincerely,

America's Servicing Company

America's Servicing Company is required by the Fair Debt Collection Practices Act to inform you that if your loan is currently delinquent or in default, as your loan servicer, we will be attempting to collect a debt, and any information obtained will be used for that purpose. However, if you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, America's Servicing Company will only exercise its right as against the property and is not attempting any act to collect the discharge debt from you personally.

*AMERICA'S SERVICING CO.*
*RETURN MAIL OPERATIONS*
*PO BOX 10388*
*DES MOINES IA 50306-0388*

ASC AMERICA'S SERVICING COMPANY

11/12/10

1AT 01263/009542/002452 0037 2 AGNNWGLM726 106

MUNOZ EDUARDO GARCIA
407 BEACH AVE
LAGRANGE PARK, IL 60526-5713

**Account Information**

| | |
|---|---|
| **Fax:** | (866) 590-8910 |
| **Telephone:** | (800) 662-3806 |
| **Correspondence:** | PO Box 10328<br>Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri, 7 AM -10 PM<br>Sat, 8 AM - 2 PM CT |
| **Loan Number:** | [redacted]0756 |
| **Property Address:** | [redacted] Beach Ave<br>Lagrange Park IL 60526 |

**Subject: Home Affordable Modification Program**

Dear Munoz Eduardo Garcia:

We're writing to provide you with the results of our efforts to find a solution that might help with the mortgage payment challenges you're facing.

**Decision on the Federal Government's Home Affordable Modification Program**
We are unable to offer you a Home Affordable Modification because we are unable to create an affordable payment equal to 31% of your reported monthly gross income without changing the terms of your loan beyond the requirements of the program.

We will review your loan for alternative loss mitigation options and notify you separately of the results of that review. You may contact us at the number listed in the account information section if you wish to discuss any of these solutions.

If you'd like to discuss why your loan was not approved under the Home Affordable Modification Program, or find out about other options that may be available to you, it's critical that you contact us within 30 days of this letter.

During this 30 day period a foreclosure sale on your home will not be scheduled if permitted by state law. Please understand that you may continue to receive letters and phone calls related to foreclosure during this time.

**Additional assistance is available**
If monthly expenses other than your mortgage payment are creating part of your financial strain, we encourage you to contact a HUD-approved, non-profit, community based Credit Counseling agency who can work with you to lower your monthly payments. You can find a local agency by calling (800) 569-4287 or call the HOPE Hotline Number at (888) 995-HOPE. A counselor will work closely with you, take your financial circumstances into consideration, and create a budget plan that may work for you.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign

[redacted]

**Account Information**
**Loan Number:** [redacted]0756
**Property Address:** 407 Beach Ave
Lagrange Park IL 60526

be obligated to pay back the rest of your mortgage.
- The remaining option is a deed in lieu of foreclosure. You can voluntarily give the deed to America's Servicing Company, transferring ownership of your home to us and releasing yourself from any future mortgage payments.

**What you need to know about foreclosure**
Even though we will continue to work with you to help you avoid a foreclosure sale, it's important to understand that - if your payments are past due - the foreclosure process may proceed at the same time.
- If your mortgage has already been referred to foreclosure, that process will move forward.
- If the foreclosure process hasn't already started, it could begin at any time once you become past due.

Please note, as part of the foreclosure process you may receive notices delivered by mail or see steps being taken to proceed with a foreclosure sale of your home. There isn't much time. So in order to help you, it's critical that you contact us immediately to discuss your options.

**Call us now**
We must here from you. If you are delinquent and don't call us right away, the foreclosure process will move forward and the options noted in this letter may not be available to you. Please call us now at the phone number listed in the account information section at the top of this letter.

Sincerely,

America's Servicing Company

---

***Struggling with other expenses? Help is available.***
*Sometimes customers have trouble keeping up with their monthly expenses, other than their mortgage payments. If this is happening to you, help is available at no cost from a HUD-approved, non-profit credit counseling agency. Simply call a counselor who will work closely with you to lower your other monthly payments, take your financial circumstances into consideration, and create a budget plan to work for you. To find an agency in your neighborhood, call 1-800-569-4287 or call the HOPE Hotline at 1-888-995-HOPE.*

*Be sure you avoid anyone who asks for a fee for counseling or a loan modification or asks you to sign over the deed to your home or to make your mortgage payments to anyone other than America's Servicing Company.*

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

[redacted]

*AMERICA'S SERVICING CO.*
*RETURN MAIL OPERATIONS*
*PO BOX 10388*
*DES MOINES IA 50306-0388*

ASC AMERICA'S SERVICING COMPANY

12/01/10

1MB 00518/000518/000856 0005 2 AGNP9SLC278 106

MUNOZ EDUARDO GARCIA
407 BEACH AVE
LAGRANGE PARK, IL 60526-5713

**Account Information**

| | |
|---|---|
| **Fax:** | (866) 453-6315 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10328<br>Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri 8am-6pm In Your Time Zone |
| **Loan Number:** | [redacted]0756 |
| **Property Address:** | 407 Beach Ave<br>Lagrange Park IL 60526 |

RE: Decision on your request for mortgage assistance

Dear Munoz Eduardo Garcia:

We're writing to provide you with the results of our efforts to find a solution that might help with the mortgage payment challenges you're facing.

**Decision on your mortgage loan request**
Unfortunately, after carefully reviewing the information you've provided, we are unable to adjust the terms of your mortgage.

This decision was made because you did not provide us with all of the information needed within the time frame required per your trial modification period workout plan. For that reason, you have not been approved for a mortgage loan modification.

**Additional assistance is available**
If monthly expenses other than your mortgage payment are creating part of your financial strain, we encourage you to contact a Housing Urban Development (HUD)-approved, non-profit, community based credit counseling agency who can work with you, at no charge, to lower other monthly payments. You can find a local agency by calling (800) 569-4287. A counselor will work closely with you, take your financial circumstances into consideration and create a budget plan that may work for you.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification or asks you to sign over the deed to your home or to make your mortgage payments to anyone other than America's Servicing Company.

If you have questions about the decision we've made on your mortgage request, please contact us at the number listed above in the account information section of this letter. We'd also like to hear from you if any of your circumstances have changed or if you can provide us with additional information for consideration.

[redacted]

**Account Information**
**Loan Number:** [redacted]0756
**Property Address:** 407 Beach Ave
Lagrange Park IL 60526

over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

If you have any questions about the decision we've made on your mortgage request, please call a America's Servicing Company representative today at the number listed in the account information section. We'd also like to hear from you if any of your circumstances have changed, or if you can provide us with additional information for consideration.

Sincerely,

Ben Windust
Senior Vice President
America's Servicing Company

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt and, this company has a security interest in the property and will only exercise its rights as against the property.

With respect to those loans in the state of California, the state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex or marital status, or age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

**If you reside in the state of New York and if you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Banking Department at 1-877-BANK-NYS or www.banking.state.ny.us.**

[redacted]

Case: 1:20-cv-02402 Document #: 1-1 Filed: 04/18/20 Page 7 of 7 PageID #:35

AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388

ASC AMERICA'S SERVICING COMPANY

02/07/11

1MB 01093/001093/002158 0006 3 AGNSA3LC278 106

MUNOZ EDUARDO GARCIA
407 BEACH AVE
LAGRANGE PARK, IL 60526-5713

**Account Information**

| | |
|---|---|
| **Fax:** | (866) 453-6315 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10328<br>Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri 8am-6pm In Your Time Zone |
| **Loan Number:** | [redacted]0756 |
| **Property Address:** | 407 Beach Ave<br>Lagrange Park IL 60526 |

Subject: Your request for mortgage payment assistance

Dear Munoz Eduardo Garcia:

We're responding to your request for mortgage payment assistance and the options that may be available to help you. We realize that the process can take some time, and we appreciate how patient you've been while we work on finding a solution for you.

**Here's what we found**

We carefully reviewed the information you sent us and explored a number of mortgage assistance options. At this time, you are not eligible because:

You have not been approved for a mortgage loan modification because we were unable to get you to a modified payment amount that you could afford based on your monthly income of $ 2,759.64 and your monthly expenses of $ 4,565.92. Although you are not currently eligible, there may be a way that we can reevaluate your situation. If you can make the following changes, your new circumstances could possibly change the outcome of your evaluation. If you can increase your monthly net income and provide documentation verifying this information, please contact us right away. We can then reevaluate your information to see if you are eligible. Bear in mind that during this time the foreclosure process will continue, so please call us immediately to discuss this option.

**Here's the next step**

If you cannot keep up with your payments, we want you to know you may still have options to avoid a foreclosure sale and the impact it could have on your finances. The following options may be available to you:

- If the present value of your home is higher than your mortgage balance, you can try to sell your home prior to the foreclosure sale taking place.
- If your mortgage balance is higher than the present value of your home, you may want to consider what is called "a short sale." This allows you to sell your home privately, for an agreed-upon amount that is less than what you owe on your mortgage. To do a short sale, it is necessary for you to work with us in advance in order to set the selling price, so that you will not

[redacted]