# EXHIBIT B

WELLS FARGO HOME MORTGAGE
Wells Fargo Home Mortgage
Return Mail Operations
PO Box 10422
Des Moines, IA 50306-0422

July 26, 2019

Munoz Eduardo Garcia
2115 S 57th Ct 2nd floor
Cicero, IL 60804

Subject: We made a mistake when we reviewed you for payment assistance
Previous mortgage account number: [redacted]0756
Property address: 407 Beach Ave Lagrange Park IL 60526

Dear Munoz Eduardo Garcia:

We have some difficult news to share. When you were considered for a loan modification, you weren't approved, and now we realize that you should have been. We based our decision on a faulty calculation, and we're sorry. If it had been correct, you would have been approved for a trial modification.

We want to make things right.

We realize that our decision impacted you at a time you were facing a hardship. We've carefully considered what we can do for you. You'll find a payment enclosed to help make up for your financial loss. You may cash this check without waiving or releasing any rights you may have, and you retain the right to pursue all other applicable legal remedies. We're also reaching out to the consumer reporting agencies to ask them to remove any negative reporting.

**If you don't feel that we've made things right, you can consider mediation**
A mediator is someone outside of Wells Fargo who will help us work together to resolve the issue. Wells Fargo will pay for the costs of mediation, including the mediator. The mediator is from a private mediation firm and not affiliated with the court system, with the class action lawsuit mentioned below, or with Wells Fargo. You are entitled to have counsel represent you at the mediation, but having an attorney is not required. There'll be no cost to you. Please see the enclosed information. If you request mediation, you can still cash the enclosed check.

You may contact the plaintiff's lawyers who filed the class action lawsuit mentioned below, or other counsel of your choosing. Participating in the mediation process will not impact your rights to pursue other legal remedies or to participate in the potential class action lawsuit. However, if we come to a satisfactory resolution at the mediation, you may be required to release your claims. This means that you will not be eligible to participate in the class action lawsuit.

**Additional Information**
On December 7, 2018, a class action lawsuit relating to the error during the loan modification process was filed. The case is entitled "Alicia Hernandez, individually and on behalf of all others similarly situated v. Wells Fargo Bank, N.A., Case No. C 18-07354 WHA," and the case is in the earliest stages. Wells Fargo has not yet responded to the complaint and no class has been certified at this time. For more information about the case, you can contact the plaintiff's lawyers who filed the lawsuit at no charge: Michael Schrag, Joshua Bloomfield and Linda Lam; Gibbs Law Group LLP; (866) 699-4340; WFLawsuit@classlawgroup.com.

**We're here to help**
If you have further concerns, we want to hear from you. You can call us at this dedicated number, 1-877-880-9455, Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time.

Sincerely,

Dairrian Mathews
Home Preservation Specialist
Ph: 1-877-880-9455 Ext. 1335427293

Enclosure

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

Mortgage account number or previous mortgage account number: 106-1127070756

WELLS FARGO

# Mediation Request Form

If you believe that your concerns haven't been sufficiently resolved, you can consider mediation. The goal of mediation is to find a mutually acceptable solution for both you and Wells Fargo. This is a voluntary, nonbinding program, and it's your option to participate.

To participate in this process, complete and return this request form. You may submit documents or other information with your request form, but additional documentation is not required at this time.

**We must receive this form from you by September 30, 2019.**

On receipt of the request form, Wells Fargo will attempt to resolve the complaint to your satisfaction. If this is not possible, a mediator who is independent of Wells Fargo will be assigned to your claim. The mediator will work with you and Wells Fargo to attempt to resolve the dispute.

- This mediation is provided at no cost to you.
- The offer that we outlined in the attached cover letter will be available to you, even if you choose to mediate. You are not waiving any legal claims by participating in the process.
- You must print and sign your name and date the request form. Your signature provides us with authorization to share your information with the third-party mediation provider.

**If you have questions about the mediation process**
Call us at 1-877-880-9455, Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time.

| | |
|---|---|
| Name: | |
| Address: | |
| Phone number: | |
| Best time of day to call: | |
| REQUIRED: Claim or relief sought (amount, if any): | $__________.00 |
| Tell us how you arrived at the amount above (attach additional pages if needed): | |

By signing below, I consent to disclosure of my account information by Wells Fargo to the independent mediation service provider.

Legal name (printed) ____________________ Signature ____________________ Date __________

Submit this signed Mediation Request Form in one of the following ways:

- Return in the enclosed postage-paid envelope.
- Mail to: WELLS FARGO HOME MORTGAGE
  AU 38855
  MAC F2302-045
  PO BOX 14469
  DES MOINES, IA 50306-9655
- Fax: 1-866-969-5835

CIT 6214 Mediation Request Form - 8/18

RL065/1/4025975/R6214

WARNING : THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND WITH A VOID FEATURE

WELLS FARGO HOME MORTGAGE

P.O. Box 10335
Des Moines, IA 50306-0335

IA ,Loan Review

Wells Fargo Bank, N.A.
6th Street & Marquette Ave
Minneapolis, MN 55423

F2301-044

1061127070756
1-800-377-1112

11-24
1210

| CHECK NO. | MO/DAY/YR |
|---|---|
| 0004025975 | 07/26/2019 |

| AMOUNT |
|---|
| $14,500.00 |

PAY TO
THE ORDER
OF

MUNOZ EDUARDO GARCIA
2115 S 57TH CT 2ND FLOOR
CICERO, IL 60804

AUTHORIZED SIGNATURE

Fourteen Thousand Five Hundred and 00/100 Dollars

[redacted]

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

## Disbursement Check Voucher

PAYEE NAME & ADDRESS
MUNOZ EDUARDO GARCIA
2115 S 57TH CT 2ND FLOOR
CICERO, IL 60804

CHECK NUMBER: 0004025975
CHECK DATE: 07/26/2019
PAYEE CODE: F2301-044

BATCH:

| LOAN NUMBER | SHORT NAME/ INIT NAME/ PROPERTY ADDRESS | DESCRIPTION | TRAN CODE | DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| | ******** | No Voucher Data For This Check ******** | | | |