# EXHIBIT C

WELLS FARGO | HOME MORTGAGE

Wells Fargo Home Mortgage
Return Mail Operations
PO Box 10422
Des Moines, IA 50306-0422

November 18, 2019

Munoz Eduardo Garcia
2115 S 57th Ct 2nd Floor
Cicero, IL 60804

Subject: Additional compensation
Previous mortgage account number [redacted]0756
Property address: 407 Beach Ave Lagrange Park IL 60526

Dear Munoz Eduardo Garcia:

We previously sent you a letter to explain that you were not offered a trial loan modification when you should have been. We included a check with the letter and let you know that we were contacting the consumer reporting agencies to remove negative credit reporting. We also gave you the option to request mediation if you did not feel that the check was adequate compensation.

Although you did not request mediation, we've further considered how our decision may have affected you. We have decided to provide additional compensation, which is enclosed with this letter. We take this matter seriously and are sorry that this has happened.

**Information about your rights**
As we previously informed you, on December 7, 2018, a class action lawsuit relating to the error during the loan modification process was filed. The case is entitled "*Alicia Hernandez, individually and on behalf of all others similarly situated v. Wells Fargo Bank, N.A.*, Case No. C 18-07354 WHA." No class has been certified at this time. For more information about the case, you can contact the plaintiff's lawyers who filed the lawsuit at no charge: Michael Schrag, Joshua Bloomfield and Linda Lam; Gibbs Law Group LLP; (866) 699-4340; WFLawsuit@classlawgroup.com.

As a reminder, any compensation you have already received from Wells Fargo does not waive or release any rights you may have and does not waive your right to participate in the class action. By cashing the enclosed check, you will not waive or release any rights you have, and you will retain the right to pursue all other applicable legal remedies. You will not waive your right to participate in the class action.

You may contact the plaintiff's lawyers who filed the class action lawsuit or other counsel of your choosing.

**We're here to help**
If you have further concerns, we want to hear from you. You can call us at this dedicated number, 1-877-880-9455, Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time.

Sincerely,

Brent Potter
Senior Vice President, Single Point of Contact
Wells Fargo Home Mortgage
Phone: 1-877-880-9455

Enclosure

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

WARNING - THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND WITH A VOID FEATURE



WELLS FARGO | HOME MORTGAGE

P.O. Box 10335
Des Moines, IA 50306-0335

IA ,Loan Review

Wells Fargo Bank, N.A.
6th Street & Marquette Ave
Minneapolis, MN 55423

[redacted]

1-800-377-1112

F2301-044

11-24
1210

CHECK NO. 0004110117

MO/DAY/YR 11/18/2019

AMOUNT $10,000.00

**PAY TO THE ORDER OF**

**MUNOZ EDUARDO GARCIA**
**2115 S 57TH CT 2ND FLOOR**
**CICERO, IL 60804**

Ten Thousand and 00/100 Dollars

AUTHORIZED SIGNATURE

[redacted]

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

## Disbursement Check Voucher

PAYEE NAME & ADDRESS
MUNOZ EDUARDO GARCIA
2115 S 57TH CT 2ND FLOOR
CICERO, IL 60804

CHECK NUMBER: **0004110117**
CHECK DATE: **11/18/2019**
PAYEE CODE: **F2301-044**

BATCH:

| LOAN NUMBER | SHORT NAME/ INIT NAME/ PROPERTY ADDRESS | DESCRIPTION | TRAN CODE | DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| | ******** No Voucher Data For This Check ******** | | | | |