# EXHIBIT D

Wells Fargo Home Mortgage
MAC F2304-021
1 Home Campus, 2nd Floor
Des Moines, IA 50328

WELLS FARGO HOME MORTGAGE

November 25, 2019

Munoz Eduardo Garcia
2115 S 57th Ct 2nd Floor
Cicero, IL 60804

Subject: Your uncashed check
Loan number: [redacted]0756

Dear Munoz Eduardo Garcia:

We're writing to let you know that a check we sent to you hasn't been cashed yet. Here are the check details:

Check number: 4025975 Issue date: 7/26/2019 Amount of check: $ 14,500.00

Individual state law requires us to eventually send all unclaimed funds, such as uncashed checks, to the State Unclaimed Property Department if we cannot locate the owners within a certain amount of time. We sent this letter to your last known address so you can claim these funds.

**How to get your funds**
To get these funds, please complete the attached Check Recover/Unclaimed Funds Form and mail or fax it to us.

**We're here for you**
You can find up-to-date information about your mortgage at wellsfargo.com. If you have any questions or need further assistance please contact us at 1-877-880-9455, Monday through Friday, 8:00 a.m. to 5:00 p.m., Central Time.

Thank you.

Loan Servicing Department
Wells Fargo Home Mortgage

---

**Check Recovery / Unclaimed Funds Request** **Loan number:** [redacted]0756

Munoz Eduardo Garcia
2115 S 57th Ct 2nd floor
Cicero, IL 60804

Mail: Wells Fargo Home Mortgage
Attention: Mac # F2304-021
1 Home Campus, 2nd Floor
Des Moines, IA 50328-0001

Fax: 1-866-969-5835

Check number: 4025975 Check Issue date: 7/26/2019 Check amount: $14,500.00

**Please print or type information**
Primary borrower name:__________ Co-borrower name:__________

Address to mail your funds: __________

Signature:
Primary borrower:__________ Co-borrower:__________