# EXHIBIT E









Zillow Edit Save Share ··· More

3 bd | 2.5 ba | 1,763 sqft

407 Beach Ave, La Grange Park, IL 60526

● Off market | Zestimate®: $352,388 | Rent Zestimate®: $1,900/mo

**Est. refi payment:** $2,042/mo $ Get current rates

Home value Owner tools Home details Neighb›

## Home value

Zestimate

**$352,388**

| ZESTIMATE RANGE | LAST 30 DAY CHANGE | ONE YEAR FORECAST |
| --- | --- | --- |
| $321,000 - $384,000 | +$11,399 (+3.3%) | $351,859 (-0.2%) |

Zestimate history & details

## Comparable homes

Your private estimate ?

$