IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW J. MAXWELL, not individually, but as Trustee for the estate of Eduardo Garcia and Julia Escamilla (nka Julie Garcia); EDUARDO GARCIA; JULIE GARCIA; BYRON GARCIA; and MIRIAHM GARCIA, individually,

Plaintiffs

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No. 1:20-cv-02402

Hon. Rebecca R. Pallmeyer

**INDEX OF EXHIBITS FOR DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS**

| Exhibit | Date | Description |
|---|---|---|
| A | 09/07/2011 | Discharge of Joint Debtors |
| B | 01/28/2020 | Motion to Reopen to Amend Schedule |
| C | 02/06/2020 | Order Reopening Chapter 7 Case |
| D | 02/04/2020 | Amended Schedule B |