# EXHIBIT 3

**Maxwell, et al. v. Wells Fargo Bank - Case No. 1:20-cv-02402**
**Defendant's Privilege Log**

**CONFIDENTIAL**

| Bates Number | Document Type | CUSTODIAN | _Privilege | _Privilege Claim | Subject Matter | Preservation of Privilege | Date | Production FROM | Production TO | Production CC | Production BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WF_GARCIA_000013 44 | Report | Wells Fargo Bank N.A. | Privilege Redaction NEEDED | Attorney-Client Privilege | Mortgage servicing notes prepared by Wells Fargo employees containing confidential communications with Wells Fargo attorney. | Wells Fargo stored this document in a manner intended to preserve its confidences and privileges and to prevent any unauthorized disclosures, of which none are known to have occurred. | 7/12/2010 | N/A | N/A | N/A | N/A |
| WF_GARCIA_000014 13 | Report | Wells Fargo Bank N.A. | Privilege Redaction NEEDED | Attorney-Client Privilege | Mortgage servicing notes prepared by Wells Fargo employees containing confidential communications with Wells Fargo attorney. | Wells Fargo stored this document in a manner intended to preserve its confidences and privileges and to prevent any unauthorized disclosures, of which none are known to have occurred. | 7/12/2010 | N/A | N/A | N/A | N/A |