# EXHIBIT 4

 Gmail

Linnea Pedelty <linnea@nickwooten.com>

## Maxwell vs . Wells Fargo - Request for Confirmation

**Parker, Chris** <CParker@winston.com>                                      Thu, Oct 28, 2021 at 5:31 PM
To: Nick Wooten <nick@nickwooten.com>, "Smedley, Angela A." <ASmedley@winston.com>, "Obi, Shawn" <SObi@winston.com>,
"Glauberman, Scott" <SGlauber@winston.com>, Rusty Payton <info@payton.legal>, "Salvador J. Lopez" <lopez@robsonlopez.com>,
Sandy Flores <sflores@robsonlopez.com>, Linnea Pedelty <linnea@nickwooten.com>

Nick,

At this time, Wells Fargo intends to produce, on a rolling basis, documents in support of its defenses (responsive to RFP Nos. 61, 62,
73, 78, 79, 82-97).  However, Wells Fargo's production is complete as to the rest of Plaintiff's RFPs.  Wells Fargo does not anticipate
further supplementation of its discovery responses.

Best,

Chris

**Christopher M. Parker**

**Associate Attorney**

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

D: +1 312-558-8085

M: +1 516-983-9948

F: +1 312-558-5700

VCard | Email | winston.com

 WINSTON & STRAWN LLP

**From:** Nick Wooten <nick@nickwooten.com>
**Sent:** Wednesday, October 27, 2021 8:58 AM
**To:** Smedley, Angela A. <ASmedley@winston.com>; Obi, Shawn <SObi@winston.com>; Parker, Chris <CParker@winston.com>;
Glauberman, Scott <SGlauber@winston.com>; Rusty Payton <info@payton.legal>; Salvador J. Lopez <lopez@robsonlopez.com>;
Sandy Flores <sflores@robsonlopez.com>; Linnea Pedelty <linnea@nickwooten.com>
**Subject:** Maxwell vs . Wells Fargo - Request for Confirmation

Angela, Shawn, and Chris,

I am writing to determine if Wells Fargo has any further supplementation to any of its discovery responses or any further document
production prior to the filing of our motion to compel.

Can you please confirm that Wells Fargo's responses are complete in the absence of an order compelling further responses by the
Court?

Thanks,

Nick


Nick Wooten, LLM, CAM, MFP, CWM, AFA, CPM

Nick Wooten, LLC

5125 Burnt Pine Drive

Conway, Ar. 72034

833-937-6389

nick@nickwooten.com

Honorary Global Advisor USA

American Academy of Financial Management

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.