# GROUP EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-22208 |
| Eduardo Garcia and Julia Escamilla | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING ATTORNEY COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Application of Counsel for the Trustee For Allowance of Compensation and Reimbursement of Expenses ("Application") filed on behalf of Andrew J. Maxwell and Maxwell Law Group ("Applicant"), due notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Application is granted as set forth below and Applicant is allowed attorneys' fees and reimbursement of expenses, to be paid as an administrative expense of the estate, as follows:

Attorney for the Trustee (Andrew J. Maxwell and Maxwell Law Group)
a. Compensation $5,850.00
b. Expenses $10.65

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: December 07, 2021

**Prepared by:**

Andrew J. Maxwell (ARDC# 1799150)
Maxwell Law Group
3010 N. California Ave.
Chicago, IL 60618
312/368-1138

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 11-22208
Eduardo Garcia and Julia Escamilla )
)
) Chapter: 7
)
) Honorable Jacqueline P Cox
)
)
Debtor(s) )

## ORDER GRANTING TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

THIS CASE COMING TO BE HEARD on the Trustee's Application for Compensation and Reimbursement of Expenses ("Application") seeking final allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Application is granted and the final compensation and reimbursement of expenses is allowed as follows:

1. Trustee's compensation Andrew J. Maxwell $2,119.15
2. Reimbursement of Trustee's costs (notice and distribution)   $57.75

IT IS FURTHER ORDERED that the Trustee is authorized to pay the allowances listed above, pro-rata with other administrative expenses.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: December 07, 2021

**Prepared by:**

Andrew J. Maxwell
c/o Maxwell Law Group
3010 N. California Ave.
Chicago, Illinois 60618
(312) 368-1138