**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EDUARDO GARCIA** and **JULIA GARCIA**, | |
| Plaintiffs, | |
| | Case No. 1:20-cv-02402 |
| v. | Hon. Rebecca R. Pallmeyer |
| **WELLS FARGO BANK, N.A.,** | **ORAL ARGUMENT REQUESTED** |
| Defendant. | |

**DECLARATION OF CHRISTOPHER PARKER IN SUPPORT OF DEFENDANT'S
RULE 37 MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATIONS**

I, Christopher Parker, hereby declare as follows:

1.      I am an attorney licensed to practice in the State of Illinois and am an associate with Winston & Strawn LLP, attorney for Defendant Wells Fargo Bank, N.A. ("Defendant" or "Wells Fargo") in the above-captioned matter.

2.      **Exhibit 1** is a true and correct copy of Eduardo Garcia's March 7, 2022 Responses to Wells Fargo's First Set of Interrogatories.  This document was received from Plaintiff Eduardo Garcia as a result of Wells Fargo serving Plaintiff with Interrogatories on January 11, 2022.

3.      **Exhibit 2** is a true and correct copy of Julia Garcia's March 7, 2022 Responses to Wells Fargo's First Set of Interrogatories.  This document was received from Plaintiff Julia Garcia as a result of Wells Fargo serving Plaintiff with Interrogatories on January 11, 2022.

4.      **Exhibit 3** is a true and correct copy of an email correspondence sent between Salvador Lopez and Shawn R. Obi from March 16, 2022 to April 1, 2022.

5.      **Exhibit 4** is a true and correct copy of Plaintiffs' Rule 26(a) Third Supplemental Initial Disclosures.  This document was served on Wells Fargo on March 9, 2022.

6.      **Exhibit 5** is a true and correct copy of Julia Garcia's March 7, 2022 Responses to Wells Fargo's Second Set of Request for Production of Documents.  This document was received from Plaintiff Julia Garcia as a result of Wells Fargo serving Plaintiff with Request for Production of Documents on January 11, 2022.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.


Dated:  April 11, 2022                                    _/s/ Christopher Parker_____
                                                          Christopher Parker

**<u>Certificate of Service</u>**

The undersigned, an attorney, hereby certifies that on the 11th day of April, 2022, the foregoing Declaration of Christopher Parker in Support of Defendant's Motion to Compel independent medical examinations was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois, and was served by operation of that Court's electronic filing system on all parties of record.

Dated:  April 11, 2022                              <u>/s/ Christopher Parker</u>
                                                                  Christopher Parker