# Exhibit A

# David E. Hartman PhD Ms ABN ABPP

**Office Address:** *216 South Jefferson Street, Suite 302, Chicago, Illinois 60661*

**Office Phone: 312-879-1111, Cell: 312-520-2772**

e-mail: drdavidhartman@outlook.com, drdavidhartman@forensicneuropsychology.net

**PROFESSIONAL LICENSE AND CERTIFICATION:**

Licensed Psychologist: Illinois License 071-003149
National Register of Health Providers in Psychology: #33572
Diplomate: American Board of Professional Neuropsychology (ABN), 1994
Fellow: American College of Professional Neuropsychology (ACPN), 1995
Fellow: National Academy of Neuropsychology.
Diplomate: American Board of Professional Psychology (ABPP) Clinical, 2006

**EDUCATION:**

| | |
|---|---|
| **M.S.** | Psychopharmacology, Alliant University, 12/15/2013 |
| **Ph.D.** | Clinical/Cognitive Psychology, University of Illinois at Chicago, 1982. Dissertation: Structures and strategies of cognition in depression. |
| **M.A.** | Cognitive Psychology, Princeton University, 1977. |
| **A.B.** | Vassar College, Phi Beta Kappa, Departmental and General Honors, 1975. |

**CLINICAL AND TEACHING EXPERIENCE:**

**1982-present** **Private practice of clinical, forensic and medical neuropsychology and clinical psychology**

2000-2002 Neuropsychological and psychological consultant to **the Isaac Ray Center for Psychiatry and Law**. Rush Presbyterian St. Lukes' Hospital, Chicago, Illinois

1992-2000 **Isaac Ray Center for Psychiatry and Law,** Clinical Director: **Rush Human Performance Lab,** Rush Presbyterian St. Luke's Hospital, Chicago, Illinois.

1982-92 **Cook County Hospital** Director of inpatient and outpatient hospital neuropsychological services; Coordinator of the Adult Clinical Psychology Internship program;, Chicago, Illinois.

1985-86 Director of Training in Psychology, Supervising Psychologist, The **Lincoln Park Clinic at Columbus Hospital**, Chicago, Illinois.

1982 Assistant Coordinator: Emergency Psychiatry. **Northwestern Memorial Hospital**, Chicago, Illinois.

1981-82 Psychology residency: **Michael Reese Hospital and Medical Center**, Chicago, Illinois.

1981-82 Consultant: **Illinois Masonic Hospital:** Developmental Disabilities Clinic Down Syndrome Research Project, Chicago, Illinois.

**TEACHING EXPERIENCE (cont.):**

| | |
|---|---|
| 1979-81 | Medical Psychotherapist: Department of Transplantation Surgery, **University of Illinois Medical Center**, Chicago, Illinois. |
| 1993-2000 | Instructor in psychological testing methods and psychotherapy to Rush Presbyterian St. Luke's Hospital psychiatry residents. |
| 1990-1995 | Adjunct Associate Professor of Psychiatry and Behavioral Sciences, Chicago Medical School. Teaching and supervision of psychiatry residents. |
| 1987-92 | Neuropsychology Internship Seminar. Teaching and supervision of psychology interns. Illinois State Psychiatric Institute (ISPI). |
| 1987 | Graduate Seminar in Clinical Neuropsychology. Department of Psychology, Illinois Institute of Technology (IIT). |
| 1985-86 | Clinical Practice and Theories of Psychoanalytic Psychotherapy. Full year graduate level course for the Columbus Hospital, Lincoln Park Clinic Externship Program in Clinical Psychology and Social Work. Chicago, Illinois. |
| 1984-92 | Adjunct Assistant Professor of Psychology, Department of Psychiatry, University of Illinois College of Medicine at Chicago. Chicago, Illinois. |
| 1983-92 | Theory and Practice of Clinical Neuropsychology, Graduate course for psychology interns and invited participants. Cook County Hospital. |
| 1982-92 | Brief seminars: taught at Cook County Hospital for the psychology internship program, including introductions to: Self Psychology, Hypnosis, Rorschach Exner System & Stress Management. |

**FORENSIC EXPERIENCE:**

| | |
|---|---|
| Expert witness: | Clinical, Forensic and Medical Neuropsychology; Civil and Criminal Consultation; behavioral toxicology; Clinical psychology. |
| 1992-2010 | Consultant; *Cavanaugh & Associates*, Neuropsychological and general psychological consultant in civil forensic psychological cases. |

**TESTS:** Hartman, D. E., and Reynolds, C. (May 2019) TRAILS-X, Boca Raton, Fl. *Psychological Assessment Resources.*

**PUBLICATIONS: (BOOKS)**

Hartman, D. E. (1995). *Neuropsychological Toxicology: Identification and Assessment of Human Neurotoxic Syndromes 2nd Edition.* New York: Springer Publications. (First edition published by Pergamon Press in 1988).

**BOOK CHAPTERS:**

Hartman, D. E. (2018). Early evolution and forgotten founders of clinical neuropsychology. In, W. Barr (Ed.) *Oxford Handbook on the History of Neuropsychology*.

Hartman, D. E. (2018). Evolution, forensic implications and future of somatic symptom disorders. In S. Bush, G. Demakis & M. Rohling (Eds.). *Handbook of Forensic Neuropsychology.*

Hartman, D. E. (2018). Differential Diagnosis in Neuropsychology: A Strategic Approach. In J. Morgan & J. Ricker (Eds.) *Textbook of Clinical Neuropsychology,* 2nd Edition.

Hartman, D. E. (2000). Neuropsychology and the (Neuro) Toxic Tort. In J. Sweet (Ed.), *Forensic Neuropsychology: Fundamentals and Practice.* Swets.

Hartman, D. E. (1998). Missed Diagnoses and Misdiagnoses of Environmental Toxicant Exposure: The Psychiatry of Toxic Exposure and Multiple Chemical Sensitivity. *Psychiatric Clinics of North America, 21,* 659-669

Hartman, D. E. (1998). Inhalants: Behavioral Pharmacology. In R. E. Tarter, R. A. Ammerman & P. J. Ott (Eds.) *Handbook of Substance Abuse: Neurobehavioral Pharmacology,* Plenum Press.

Hartman, D. E. (1996). Ecological validity and the evolution of clinical neuropsychology. In. R. Sbordone (Ed.), *Ecological Validity and Clinical Neuropsychology.* St. Lucie Press.

Hartman, D. E., and Hessl, S., and Tarcher, A. (1992). Neurobehavioral evaluation of environmental toxin exposure: Rationale and Review. In A. Tarcher (Ed.). *Principles and Practice of Environmental Medicine.* Plenum Press.

Hartman, D. E. (1992). Neuropsychological toxicology. In A. Puente and B. McCaffrey (Eds.) *Handbook of Neuropsychological Assessment,* Plenum Press, 485-507.

Hartman, D. E. and Kleinmuntz, B. (1991). Computers in psychological practice: Historical and current uses. In J. Sweet, R. Rozensky and Tovian (Eds.). *Handbook of Clinical Psychology in Medical Settings.* Plenum Press.

Hartman, D. E. (1990). The computerized clinician: Ethical, legal and professional issues in the use of psychological software. In E. Margenau (Ed.). *The Encyclopedic Handbook of Private Practice.* Gardner Press.

**ARTICLES:**

Flaro, L., Gervais, R., Hartman, D. E. and Rohling, M. (in press). Paul Green (1951-2020): A tribute. *Developmental Neuropsychology.*

Hartman, D. E. (2010). "*I am the very model of a modern expert witness.*" Book Review: Forensic Neuropsychology Casebook, R. Heilbronner (Ed.). *Journal of Clinical and Experimental Neuropsychology, 32,* 445-447.

**ARTICLES (cont.):**

Hartman, D. E. (2009). Test Review: Wechsler Adult Intelligence Scale IV: Return of the Gold Standard. *Applied Neuropsychology, 16,* 85-87

Hartman, D. E. (2008). Test Review: The Computerized Test of Information Processing (CTIP) by Tom Tombaugh, *15,* 226-227.

Hartman, D. E. (2008). Test Review: The Iowa Gambling Task: Not just another 12 step program. *Applied Neuropsychology, 15,* 158-159.

Hartman, D. E. (2008). Test Review: Test Sematary: Koppitz-2 Developmental Scoring System for the Bender Gestalt Test, *Applied Neuropsychology*, 15, 94 - 95

Hartman, D. E. (2007). Test Review: The Test of Memory and Learning -2, *Applied Neuropsychology, 14,* 3-7-309.

Hartman, D. E. (2007) Test Review: The Wide Range Assessment of Memory and Learning (WRAML-2), *Applied Neuropsychology, 14, 138-140.*

Hartman, D. E. (2006). "The Weight is Over." Test Review: The Neuropsychological Assessment Battery (NAB). *Applied Neuropsychology, 13,* 58-61.

Hartman, D. E. (2006). "And now for something (almost) completely different": Book Review: Forensic Neuropsychology: A Scientific Approach by Glenn J. Larrabee (Ed.). (Book Review). *Applied Neuropsychology.*

Hartman, D. E. (2002). "The unexamined lie is a lie worth fibbing": Neuropsychological malingering and the Word Memory Test. *Archives of Clinical Neuropsychology, 17,* 709-714

Hartman, D. E. (April 20, 2001). On Beyond Arsenic: Child Neurotoxic Exposure. *Mealey's Emerging Toxic Torts*, King of Prussia, PA

Ruffalo, CA, Gouvier, WD, Pinkston, JB, Tucker, KA, Hartman, DE, Dahlgren, JG, & Parker, FM (in press). Ethylene dichloride: Neuropsychological effects of chronic exposure. (abstract). *Archives of Clinical Neuropsychology*.

Hartman, D. E. (May 5 2000). Poisoned Minds: Understanding and evaluating neurotoxic brain damage claims. . *Mealey's Emerging Toxic Torts*, King of Prussia, PA

Reissman, D. B., Orris, P., Lacey, R. and Hartman, D. E. (1999). Downsizing, Role Demands and Job Stress. *Journal of Occupational and Environmental Medicine. 41(4):289-293.*

Caruso, L. S. and Hartman, D. E. (Book Review, 1999). Detection of malingering during head injury Litigation. C.E. Reynolds, (Ed.). Plenum Press. *Journal of Forensic Neuropsychology, 1,* 59-66.

Caruso, L. S. and Hartman, D. E. (Book Review, 1998). The practice of forensic neuropsychology. R. J. McCaffrey, A. D. Williams, J. M. Fisher, and L. C. Laing (Eds.), *Archives of Clinical Neuropsychology*

**ARTICLES (cont.):**

Haywood, T. W., Hartman, D. E., Fletcher, T. A., & Kravitz, H.M. (1997). Response bias and cognitive performance in alleged impaired professionals (abstract). *The Clinical Neuropsychologist, 12,* 272.

Orris, P., Hartman, D. E., Strauss, P., Anderson, R. J., Collins, J., Knopp, C., Xu, X., and Melius, J. (1997). Stress Among Package Truck Drivers. *American Journal of Industrial Medicine, 31,* 202-210.

Laatsch, L., Hartman, D. E., and Stone, J. L. (1994). Neuropsychological evidence of amnesia following excision of an intraventricular tumor using a transcallosal approach: Interaction with alcohol abuse. *Journal of Neurology, Neurosurgery and Psychiatry*

Hartman, D. E. (1992). (Book Review) Residual Effects of Abused Drugs: NIDA Research Monograph 101, *Archives of Clinical Neuropsychology, 7*, 467-470.

Hartman, D. E. (1991). Reply to Reitan: Unexamined premises and the evolution of clinical neuropsychology. *Archives of Clinical Neuropsychology. 6,* 147-166

Hartman, D. E. (1988). Neuropsychology and the neurochemical lesion: Evolution, applications and extensions. *NeuroToxicology. 9,* 401-404.

Hartman, D. E. (1988). Book Review: Medical Neuropsychology: The Impact of Disease on Behavior., R. E. Tarter, D. H. Van Thiel & K. L. Edwards (Eds.). *Archives of Clinical Neuropsychology, 3*, 299-301.

Hartman, D. E. (1987). Neuropsychological Toxicology: Identification and assessment of neurotoxic syndromes. *Archives of Clinical Neuropsychology, 2,* 45-65.

Hartman, D. E., and Powsner, S. M., (1987). Identification with a brain-damaged parent: Theoretical considerations on a case of self-mutilation. *Psychoanalytic Psychology, 4,* 171-178.

Hartman, D. E. (1986). Artificial intelligence or artificial psychologist?: Conceptual issues in clinical microcomputer use. *Professional Psychology: Research and Practice, 17,* 528-534.

Hartman, D. E. (1986). On the use of clinical psychology software: Practical, legal and ethical concerns. *Professional Psychology: Research and Practice, 17,* 462-465.

Hartman, D. E. (1986). Book Review: Understanding Brain Damage, by K. Walsh, *Archives of Clinical Neuropsychology, 1,* 31-33.

Hartman, D. E., Sweet, J. & Elvart, A. (1985). Neuropsychological effects of Wernicke's encephalopathy as a consequence of hyperemesis gravidarum: A case study. *International Journal of Clinical Neuropsychology, 7,* 204-207.

Strauss, B., Hartman, D. E., and Soper, H. (1985). Cautions in alternate form presentation of aural test material: Speech sounds perception test. *Perceptual and Motor Skills, 61,* 899-902.

Hartman, D. E. and Bonecutter B. E. "Mixed Blessing." [letter to the editor] *APA Monitor,* August, 1984.

**PAPERS & PRESENTATIONS:**

Green, J., Messer, M., Hartman, D. E., and Reynolds, C. (2019). Trails-X Trail-level performance using the Profile Variability Index. Poster Presentation: *National Academy of Neuropsychology*, Annual Conference, November 13-16.

Green, J., Messer, M., Hartman, D. E. and Reynolds, C. (2019). The Trails-X: Development and validation of a novel trail-making test. Presented at the April 12-14 2019 Poster session of the *American Academy of Pediatric Neuropsychology* (AAPdN), Las Vegas NV.

Hartman, D. (2013). Low Level Lead Poisoning: The More We Know, the Lower We Go. Presented at the Annual Meeting of the American Academy of Clinical Neuropsychology, Chicago, IL, 6/20/13.

Denney, R., Hartman, D., Larrabee, G., and Boone, K. (2011). Forensic Grand Rounds. *National Academy of Neuropsychology,* Marco Island, FL. 11/17/2011

Hartman, D. E. (Chair), Rohling, M. and Spector, J. (2009). Toxicology for Neuropsychologists: Poisonous Principles, Morbid Methodology and Fatal Forensic Flaws. Invited panel presentation to the 2009 annual meeting of the American Academy of Clinical Neuropsychology (AACN), Chicago, IL.

Hartman, D. E. (2009). A Very Gorey Introduction to the Principles of Toxicology. Invited presentation to the 2009 annual meeting of the American Academy of Clinical Neuropsychology (AACN), Chicago, IL

Hartman, D. E. (2008). Arsenic to Zinc: An Alphabetical Introduction to the Principles of Toxicology. Invited Presentation to the British Psychological Society, London, England, November 5, 2008.

Pipkin, S. P., Denney, R. L., and Hartman, D. E. (October 25, 2008). Detecting exaggeration in neurocognitive dysfunction: Predicting Word memory Test and Fake Bad Scale classification with the Structured Inventory of Malingered Symptomatology. Presented at the *National Academy of Neuropsychology, 28th Annual Conference,* New York City, New York.

Hartman, D. E. (2008). Multiple Chemical Sensitivity, Postconcussion Syndrome and Bleeding Edge Disorders. Invited presentation to the British Psychological Society, London, England, November 5 2008.

Hartman, D. E. (2008). Post Traumatic Stress Disorder. Chicago Bar Association Invited Presentation, May 30, 2008, Chicago, Illinois.

Hartman, D. E. (2007). Traumatic Brain Injury: Epidemiology, Return to Work and Distinguishing Disability from Dissimulation. Invited presentation to the Fifth Annual Mid-Atlantic Regional Conference on Occupational Medicine (MARCOM), sponsored by the Maryland College of Occupational and Environmental Medicine and the Philadelphia Occupational and Environmental Medicine Society, with support from the Johns Hopkins/NIOSH Education and Research Center. Saturday, October 13, 2007, Johns Hopkins School of Nursing.

Hartman, D. E., (Chair and Panel Member) Ewbank, J., Courtney, J., Forest, B. & Reynolds, C. (October 26, 2006). "War of the Words: Surviving the Neuropsychological Deposition. Presented at the Annual Meeting of the *National Academy of Neuropsychology,* San Antonio Texas.

Hartman, D. E. (May 21, 2007): Introduction to objective assessment of symptom self-report and cognitive malingering assessment. Presented at the Annual Meeting of the *American Psychiatric Association,* San Diego, California.

Hartman, D. E. (May 25, 2006). Advances in the Evaluation of Neuropsychological Malingering. Presented at the Annual Meeting of the *American Psychiatric Association,* Toronto, Canada.

Hartman, D. E. (May 26, 2005). Basic principles and evaluation strategies to detect cognitive malingering. Presented at the annual meeting of the *American Psychiatric Association,* World Conference Center, Atlanta Georgia.

Hartman, D. E. (March 14 2005). Recommendations and Critique of Welding Rod Manganese Neurotoxicity Research. Invited lecture presented at the second *Mealey's Welding Rod Litigation Conference,* Phoenix Arizona, Ritz Carlton Hotel.

Hartman, D. E. (October 7 2004). *The Rules: Interpreting Forensic Neuropsychological Research.* Invited lecture presented at the Mealey's Welding Rod Litigation Conference, Palm Springs, Florida, Four Seasons Hotel.

Hartman, D. E. (May 6, 2004). *Neuropsychological Malingering.* Invited lecture presented to the Annual Meeting of the *American Psychiatric Association,* Jacob Javits Center, New York City, New York.

Hartman, D. E. (April 28 2004). *Medical Mysteries: Understanding Multiple Chemical Sensitivity as a template for evaluating science and clinical diagnosis in subjective medical disorders.* Presented at the PDC Disability Experts Forum, San Destin, Florida.

Hartman, D. E. (Saturday September 6, 2003) Cause and *Defect:* Clinical versus Laboratory Causation in Neurotoxic Exposure. Invited address to NAACT: North American Congress of Clinical Toxicology, Chicago, Illinois.

Hartman, D. E. (May 9 2001). Understanding and detecting cognitive malingering. Invited presentation to the annual meeting of the *American Psychiatric Association,* New Orleans, LA.

Hartman, D. E. (Nov 2000) Pediatric Neuropsychological Toxicology. Invited 3 hour teaching seminar to the 2000 Meeting of the National Academy of Neuropsychology, Orlando, Florida

Hartman, D. E. (May 30 2000) Neuropsychological Evaluation of Traumatic Brain Injury. Presented to the CONCENTRA Organization, Rosemont, Illinois.

Hartman, D. E. (May 15 2000). Detection of Neuropsychological Malingering. Presented at the annual meeting of the *American Psychiatric Association*, Chicago, Illinois

Hartman, D. E. (2000) Pediatric and Developmental Neuropsychological Toxicology. Presented at the World Conference of Pediatric Neuropsychology. Fielding Institute and The Menninger Clinic, Saturday, January 21, 2000. Santa Barbara, California

ROUND TABLE GROUP DRAFT www.roundtablegroup.com

**PAPERS & PRESENTATIONS:**

Hartman, D. E., Haywood, T. W., Sivan, A. B., and Kravitz, H. M. Sensitivity of Microcog in assessing cognitive impairment among impaired professionals. Presented at the 107th annual meeting of the American Psychological Association, Boston, Massachusetts, August 23rd, 1999.

Hartman, D. E. (1999) Neuropsychological evaluation and prediction of traumatic brain injury sequelae. Invited Presentation to Medical Evaluation Systems, Schaumburg, Illinois, May 11, 1999.

Fletcher, T., Hartman, D. E., and Cavanaugh, J. Fitness for duty: A multi-modal approach. Presented at the 1998 meeting of the American Academy of Psychiatry and Law (AAPL), 10/24/98, New Orleans, LA.

Haywood, T. W., Hartman, D. E., Fletcher, T. A., and Kravitz, H. Response bias and cognitive performance in alleged impaired professionals. Presented at the August 1998 annual meeting of the American Psychological Association, San Francisco, CA.

Fletcher, T. A., Hartman, D. E., Haywood, T. W., & Cavanaugh, J. L. Fitness for duty: A multi-modal approach. Presented at the 1998 Annual Meeting of the American Academy of Psychiatry and the Law, New Orleans, LA October 24, 1998.

Hartman, D. E. The use of neuropsychological methods in fitness for duty examinations. Presented at the 1997 meeting of the American Academy of Psychiatry and Law (AAPL), November 1997, Denver CO

Hartman, D. E. Differential Diagnosis of a New Yorker. Multi-disciplinary grand rounds case conference. Rush Presbyterian St. Luke's Medical Center, Chicago, Illinois, September 17, 1997.

Hartman, D. E. Neuropsychological Evaluations in Workplace Violence Assessment: Paper presented in the symposium "Violence in the Workplace: New Challenges," (J. L. Cavanaugh, Chairman), at the American Psychiatric Association 48th Institute on Psychiatric Services, October 22, 1996.

Hartman, D. E. They Say They Can Work But What Will Happen If I Send Them Back?: Neuropsychological Evaluation of Fitness for Duty in Professionals. Paper presented to the 1996 National Peer Assistance Network for Nurses (PANN) Conference, Arlington Heights, Illinois, March 22, 1996.

Hartman, D. E. The Neuropsychology of Childhood Lead Exposure. Invited teaching seminar to the Department of Psychology, Children's Memorial Hospital, March 8, 1996, Chicago, Illinois

Hunter, S. J., Sivan, A. B., Hartman, D. E., Kravitz, H., & Cavanaugh, J. (1996). When low average means impaired: Evaluating the neuropsychological status of professionals. Presented to the International Neuropsychological Society, Chicago, IL. February, 1996.

Hartman, D. E., Multiple Chemical Sensitivity: Symptoms in Search of a Science. Invited presentation to the Board of Directors: Workers' Compensation Board, Halifax, Nova Scotia, December 6, 1995.

Hartman, D. E., Neuropsychological Toxicology 1995: Review and Development. Three hour teaching workshop presented at the 15th Annual Conference of the *National Academy of Neuropsychology,* November 2, 1995.

**PAPERS & PRESENTATIONS:**

Hartman, David E., Hunter, Scott J., Sivan, A. B., Kravitz, H. M. and Cavanaugh, J.C. Neuropsychologic test sensitivity in professionals. Paper presented to the American Academy of Psychiatry and the Law, Seattle Washington, October 19, 1995.

Hartman, D. E. Neurotoxic Disorders and the Neuropsychology of Abused Drugs (co-presented with T. Strickland, Ph.D.) Invited program presented to the *National Academy of Neuropsychology,* 14th Annual Conference, November 3, 1994, Orlando, Florida.

Hartman, D. E. Neurobiology and Neuropsychology of Drugs of Abuse: Implications for Assessment and Treatment (co-presented with T. Strickland, Ph.D.). Invited program presented to the *National Academy of Neuropsychology* 13th Annual Conference, October 29, 1993, Phoenix, Arizona.

Hartman, D. E. Neuropsychological Toxicology, 1994. Invited address to the annual meeting of the *Colorado Neuropsychological Society*, Boulder Colorado, October 8, 1993.

Hartman, D. E. Differential diagnosis of neurotoxic disorders, multiple chemical sensitivity and sick building syndrome. Presented at the annual meeting of the American Congress of Allergy and Immunology, Chicago, Illinois, November 13, 1992.

Strickland, A., Hartman, D. E., and Satz, P. (1991). Neuropsychological consequences of crack cocaine abuse. Presented at the 11th annual meeting of the *National Academy of Neuropsychology*, Dallas, Texas.

Hartman, D. E. Introduction to the Neuropsychological Evaluation of Neurotoxic Disorders. University of Chicago Hospitals, Department of Psychiatry, Clinical Neurosciences Series, January, 11, 1991

Hartman, D. E. Cognitive and Behavioral Effects of Neurotoxins on Brain Status and Methods of Neuropsychological Assessment. Presented at the 1990 Annual Meeting of the American Bar Association, Section of Science and Technology, Session on Brain Damage Claims, August 5, 1990, Chicago, Illinois.

Hartman, D. E. Private Practice in Neuropsychological Toxicology. Presented at the July 1990 Meeting of the American Psychological Association: Boston, Mass.

Hartman, D. E. Overview of Current Research of Neurotoxic Effects of Industrial Chemicals. Presented at the 1989 Cuban-United States Colloquium on Occupational Disease — Neurotoxicity of Industrial Chemicals, November 13, 1989, Havana, Cuba.

Hartman, D. E. Differential Diagnosis of Functional versus Neurotoxic Disorder using Neuropsychiatric Methods. Presented at the 1989 Cuban-United States Colloquium on Occupational Disease - Neurotoxicity of Industrial Chemicals, Nov. 13, 1989, Havana, Cuba.

Hartman, D. E. Chronic neuropsychological effects of industrial chemicals and abused drugs. Presented at the third annual Topics in Emergency Medicine: Toxicology, MESA Education and Research Foundation. 10/29/88, Chicago, Illinois

Hartman, D. E. Neuropsychological Toxicology. Presented at the 7th Annual meeting of the National Academy of Neuropsychologists (NAN), October 28, 1987.

**PAPERS & PRESENTATIONS:**

Hartman, D. E. Neuropsychological effects of neurotoxic substances. Presented at the 5th Anniversary International Neurotoxicology Conference, October, 2, 1987, Little Rock, Arkansas.

Hartman, D. E. Neuropsychological toxicology: Identification and neurobehavioral testing of solvent-exposed workers. Presented at the Midwest Regional Meeting of the American Public Health Association Occupational Health Section, June 6, 1987.

Hartman, D. E. Absolutely essential aspects of computerizing psychological service: Ethics, Legality & Practicality. Presented at the 1986 annual meeting of the Illinois Psychological Association, November 14, Chicago, Illinois.

Hartman, D. E. Neuropsychological toxicology: Neurobehavioral effects of toxic substances. Paper presented at the 1986 annual meeting of the Illinois Psychological Association, November 15, Chicago, Illinois.

Hartman, D. E. Neuropsychological toxicology: Effects of metals, solvents, pesticides and other nervous system poisons. Presented at the 10/27/86 annual meeting of the National Academy of Neuropsychology (NAN) Las Vegas, Nevada.

Sweet, J. & Hartman, D. E. Neuropsychological manifestations of Acquired Immunodeficiency Syndrome (AIDS): A case study. Presented at the 1986 annual meeting of NAN. October 27-29, Las Vegas, Nevada.

Hartman, D. Neuropsychological toxicology: The effects of industrial substances on brain and behavior. Presented at the 1986 annual meeting of the Chicago Area Council on Occupational Safety and Health (CACOSH) 10/11/86

Hartman, D. Neurotoxic effects of job chemicals. Paper presented at the Chicago Area Council of Occupational Safety and Health, (CACOSH) 3/27/85

Hartman, D., Sweet, J. & Elvart, A. A case study of the neuropsychological effects of Wernicke's encephalopathy induced by hyperemesis gravidarum. Presented at the 1984 annual meeting of the National Academy of Neuropsychologists, October 24-26, San Diego, CA.

Hartman, D. E. Neuropsychological effects of neurotoxic substances. Presented at the Midwestern Neuropsychology Group, Chicago, Illinois, 1984.

Hartman, D. E., & McKirnan, D. Risky decision in depression: Sad schemas produce unexpected utility values. Presented at the 1983 annual meeting of the American Psychological Association Anaheim, CA.

Hartman, D. E. and Malecki, M. Psychological aspects of renal transplantation (video seminar). Dep't. of Transplantation Surgery, University of Illinois Medical Center, Chicago, Illinois, 1981.

Glucksberg, S., Hartman, D. and Stack, R. Metaphoric comprehension is an automatic and parallel process. Presented at the Psychonomic Society, 1977

Hartman, D. E. Effects of semantic constraint on processing ambiguous words. Presented at the 1976 annual meeting of the American Psychological Association, Washington, D.C.

**PAST AND CURRENT MEMBERSHIPS:** *National Academy of Neuropsychology* (NAN), *International Neuropsychology Society* (INS), *Psychoanalytic Study Group*, Michael Basch, M.D. (1988-1989), *Self Psychology Study Group*, Ernest Wolf, M.D. and Marian Tolpin, M.D. (1990-1998)

**HONORS:**

*Chair: Information Technology* (IT)   *National Academy of Neuropsychology 2006-2007* Associate Journal Editor: *Test Reviews Journal of Applied Neuropsychology, 2006-2010* Who's Who in Medicine and Health Care 1st & 2nd Editions; Who's Who in America; Who's Who in the World; Who's Who in Science and Engineering; Who's Who in the Midwest, Who's Who Among Human Service Professionals Grant Proposal National Institute on Drug Abuse (NIDA). Reviewer:Proposal N43DA-7-6502 Computerized Neuropsychological Testing Software Examiner: American Board of Professional Neuropsychology (ABPN) Fellow: American College of Professional Neuropsychology (ACPN), 1995 Fellow: National Academy of Neuropsychology (NAN), 1990.

**HONORS** (Editorial Board): *Applied Neuropsychology, 2016-; Journal of Forensic Neuropsychology, 1997-2007; The Professional Neuropsychologist, 1997-2007 Neuropsychology Review 1996-2007 Archives of Clinical Neuropsychology,* 1987-1990; 1998-2008

**CHAIRPERSON:**

Toxicology Presentations: 1998 Annual Meeting of the International Neuropsychological Society (INS), Oahu, Hawaii.

Workplace Violence: Program presented at the annual meeting of the Illinois Psychological Association, November 9 1995. Illinois Psychological Association-Clinical Division, 1986-87.

Psychoanalysis in Chicago: New Training Opportunities. Program presented at the 1986 annual meeting of the Illinois Psychological Association, November 16, 1986.

Emerging Trends in Clinical Neuropsychology. Program presented at the 1986 annual meeting of the Illinois Psychological Association, November 15, 1986.

The Automated Psychologist: Computerizing psychological services. Program presented at the 1986 annual meeting of the Illinois Psychological Association, November 15, 1986.

**REVIEWER:** *Archives of Clinical Neuropsychology, The Clinical Neuropsychologist, Neuropsychology, NeuroToxicology, Journal of Nervous and Mental Disease, Neuropsychology Review, Clinical Psychology in Medical Settings, New Scientist, Journal of Psychosomatic Research, Journal of Forensic Neuropsychology, Applied Neuropsychology, Journal of Clinical and Experimental Neuropsychology, Journal of Forensic Psychology Practice, International Journal of Occupational and Environmental Health, Child Neuropsychology*

**FACULTY:**   Soc. for Clin. and Exp. Hypnosis. Workshop Series, October 19-22, 1982, Indianapolis, In.

**RECIPIENT:** NIMH fellowship, University of Illinois, 1978-1980; Teaching fellowship and full tuition scholarship: Princeton University, 1975-78; Vice chair, acting chair: Princeton Graduate College, Princeton,
N.J. 1977-78; Recipient: National Science Foundation Fellowship Honorable Mention 1975; 1976; Vassar Fellowship (Hon.), 1975; Washburn Fellowship in Psychology (Hon.), Vassar College; Phi Beta Kappa, Vassar College, 1975.