## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Eduardo Garcia, et al.
                              Plaintiff,

v.                                            Case No.: 1:20−cv−02402
                                                        Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 19, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephonic status hearing held. Wells Fargo Bank N.A.'s Motion To Compel Independent Medical Examination of Plaintiffs [77] is granted; by agreement, the IME will be scheduled at a time consistent with their physical restrictions. Written status report date is stricken and reset to 05/20/2022. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.