# Exhibit E

# SPECIAL FORBEARANCE PLAN AGREEMENT

```
09-05-09                    MSP LETTERWRITER ACTIVITY FOR MONTH OF 08-09                         PAGE185,178

LOAN= 1127070756   DATE=08-26 USER=7AB KEY=LM004 VERS=012 TITLE=MODSF Automation Letter       lc FORM=EXT1 PRINTER=NOBV SECURITY=1
LINES-PER-PAGE=NO CONDITIONS=3
$SOF$$N P008 $$RETRY 5$$HRES$$FORM NWLH,4,4$$IFHA$
106/012/1127070756/LM004/1/3
```

August 26, 2009


Munoz Eduardo Garcia
407 Beach Ave
Lagrange Park IL 60526


                              Loan Number: 106-1127070756
                              Due Date: 09-01-08
We have good news about the above referenced loan. Our goal is simple. We
want to ensure that you have every opportunity to retain your home. Based
our telephone conversation and the financial information you provided, we
would like to offer you a Special Forbearance Agreement ("Agreement").

Currently, your loan is due for 12 installments, from September 01, 2008
through August 01, 2009. As agreed, you have promised to pay the amounts
stated within the Agreement, the terms and conditions of which are outlin
on page two. The Agreement must be signed and returned with the first
installment. This is not a waiver of the accrued or future payments that
become due, but a trial period showing you can make regular monthly
payments. Please note that investor approval is still pending.

Upon successful completion of the Agreement, your loan will not be
contractually current. Since the installments may be less than the total
amount due, you may still have outstanding payments and fees. Any
outstanding payments and fees will be reviewed for a loan modification. If
approved for a loan modification, based on investor guidelines, this will
satisfy the remaining past due payments on your loan and we will send you a
loan modification agreement. An additional contribution may be required.

Any installments received will be applied to the delinquent payments on the
loan. During this Agreement, installments are to be mailed to:
              America\s Servicing Company
              3476 Stateview Blvd., MAC X7801-03K
              Fort Mill   SC   29715

If your loan is in foreclosure, we will instruct our foreclosure counsel to
suspend foreclosure proceedings once the initial installment has been
received, and to continue to suspend the action as long as you keep to the
terms of the Agreement. Upon full reinstatement, we will instruct our
foreclosure counsel to dismiss foreclosure proceedings and report to the
credit bureaus accordingly.

During this period, we are requesting that you maintain contact with our
office in order to establish acceptable arrangements for bringing your loan
current. If you need additional assistance, please call us at
(800)662-3806, Mon - Fri 8am-6pm In Your Time Zone.

Sincerely,
Borrower Counseling Services                      LM004 012 7AB

Case: 1:20-cv-02402 Document #: 90-6 Filed: 05/12/22 Page 4 of 7 PageID #:1400

```
LOAN= 1127070756   DATE=08-26 USER=7AB KEY=LM004 VERS=012 TITLE=MODSF Automation Letter       lc FORM=EXT1 PRINTER=NOBV SECURITY=1
LINES-PER-PAGE=NO CONDITIONS=3
```

```
106/012/1127070756/LM004/2/3
We are required by the Fair Debt Collection Practices Act to inform you that
if your loan is currently delinquent or in default, as your loan servicer,
we will be attempting to collect a debt, and any information obtained will
be used for that purpose. However, if you have received a discharge, and the
loan was not reaffirmed in the bankruptcy case, we will only exercise its
right as against the property and is not attempting any act to collect the
discharge debt from you personally.
```

CONFIDENTIAL                                                                                                    WF_GARCIA_00002984

```
LOAN= 1127070756   DATE=08-26 USER=7AB KEY=LM004 VERS=012 TITLE=MODSF Automation Letter       lc FORM=EXT1 PRINTER=NOBV SECURITY=1
LINES-PER-PAGE=NO CONDITIONS=3


106/012/1127070756/LM004/3/3
         SPECIAL FORBEARANCE AGREEMENT - TERMS AND CONDITIONS
1. Currently, your loan is due for 12 installments, from September 01, 2008
   through August 01, 2009. The indebtedness of the referenced loan is in
   default and in consideration of extending forbearance for a period of
   time, it is necessary that you indicate your understanding and acceptance
   of the terms of the forbearance agreement by immediately signing and
   returning this agreement.
2. This Agreement temporarily accepts reduced installments or maintains
   regular monthly payments as outlined in section 5 below. Upon successful
   completion of the Agreement, your loan will not be contractually current.
   Since the installments may be less than the total amount due you may
   still have outstanding payments and fees. Any outstanding payments and
   fees will be reviewed for a loan modification. If approved for a loan
   modification, based on investor guidelines, this will satisfy the
   remaining past due payments on your loan and we will send you a loan
   modification agreement. An additional contribution may be required.
3. The lender is under no obligation to enter into any further agreement,
   and this Agreement shall not constitute a waiver of the lender\s right to
   insist upon strict performance in the future.
4. All of the provisions of the Note and Security Instrument, except as
   herein provided, shall remain in full force and effect. Any breach of any
   provision of this Agreement or non-compliance with this Agreement, shall
   render the Agreement null and void. The lender, in its sole discretion
   and without further notice to you, may terminate this Agreement. If the
   Agreement is terminated, the lender may institute foreclosure proceedings
   according to the terms of the Note and Security Instrument. In the event
   of foreclosure, you may incur additional expenses of attorney\s fees and
   foreclosure costs.
5. Each payment must be remitted according to the schedule below.
   PLAN   DATE        AMT              PLAN   DATE        AMT
   01    09/10/09    4,130.92          02    10/10/09    3,152.38
   03    11/10/09    3,152.38          04    12/10/09    3,152.38

6. There is no "grace period" allowance in this Agreement. All installments
   must be received on or before the agreed due date and made strictly in
   accordance with section 5 above. If any installment is not received on or
   before the respective due date, the Agreement will be void and the total
   delinquency, including fees, will be due immediately.
7. The total amount indicated on each installment must be remitted. In the
   event the total amount due of each payment is not received, the Agreement
   will be rendered null and void.

By signing this Agreement, I hereby consent to being contacted concerning
this loan at any cellular or mobile telephone number I may have. This
includes text messages, at no cost to me, and telephone calls including the
use of automated dialing systems to contact my cellular or mobile telephone.


_____          _____
Mortgagor            Date         Co-mortgagor              Date
Loan Number 106/1127070756
```

CONFIDENTIAL                                                                                           WF_GARCIA_00002985

# DENIAL LETTER

```
LOAN= 1127070756    DATE=09-23 USER=N9Q KEY=LC178 VERS=025 TITLE=Denial Ltr 1           lc FORM=EXT1 PRINTER=NOBV SECURITY=1
LINES-PER-PAGE=NO CONDITIONS=3
$SOF$$N P008 $$RETRY 5$$HRES$$FORM NWLH,4,4$$IFHA$
106/012/1127070756/LC178/1/1
```

September 23, 2009


Munoz Eduardo Garcia
407 Beach Ave
Lagrange Park IL 60526



Dear Munoz Eduardo Garcia :

RE: Loan Number 1127070756                                      Client 106

After reviewing the information you provided, we must advise you your
request for Repayment Agreement has been denied for the following
reason:

    You have failed to adhere to the agreed upon terms
    of the forbearance plan.

At this time there are no workout options available to you based on
your current financial information provided to us.

If you would like to be reconsidered for workout options, please call
us at (800) 662-3806. For additional assistance, you may also call
Consumer Credit Counseling Services at (800) 569-4287.

Sincerely,

America\s Servicing Company

America\s Servicing Company is required by the Fair Debt Collection
Practices Act to inform you that if your loan is currently delinquent
or in default, as your loan servicer, we will be attempting to collect
a debt, and any information obtained will be used for that purpose.
However, if you have received a discharge, and the loan was not
reaffirmed in the bankruptcy case, America\s Servicing Company
will only exercise its right as against the property and is not
attempting any act to collect the discharge debt from you personally.

    CONFIDENTIAL                                                                                      WF_GARCIA_00002986