## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Eduardo Garcia, et al.

                    Plaintiff,

v.                                                     Case No.: 1:20–cv–02402
                                                       Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 20, 2022:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Discovery conference convened. Defendant's motion for a protective order barring the deposition of Perry Hilzendeger [87] and its motion for protective order barring the depositions of its CEOs [89] are entered and continued. Should the currently–scheduled deposition of Mr. Knoll not provide information Plaintiff requires, the court will consider these motions, but is likely to direct that Plaintiff take a deposition on written questions only of Mr. Stumpf. Defendant's motion to strike Plaintiff's Rule 30(b)(6) deposition notice [85] is granted in part and denied in part. The court sustains objections to designation of a witness on Topics 21, 23, and 24. Plaintiff has refined Topics 5, 6, and 22; as so limited, Defendant's objection is overruled. Defendant's objection to Topics 7–17 and 19 are overruled. As Plaintiff's counsel stresses he will not ask questions already propounded in the Hernandez litigation, and that his Rule 30(b)(6) questioning will be succinct, the parties are directed to confer about appropriate time limits, which the court presumes will not exceed seven hours in total. Date for submission of a further written status report is extended to June 23, 2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.