IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EDUARDO GARCIA and JULIA GARCIA**, <br><br> Plaintiffs, <br><br> v. <br><br> **WELLS FARGO BANK, N.A.,** <br><br> Defendant. | Case No. 1:20-cv-02402 <br><br> Hon. Rebecca R. Pallmeyer |

## ORDER

The Court, having considered Defendant Wells Fargo Bank, N.A.'s Motion for Protective Order Striking Plaintiffs' Rule 30(b)(6) Deposition Notice [ECF 85], Motion for a Protective Order Precluding the Deposition of Perry Hilzendeger [ECF 87], Motion for Protective Order Precluding Depositions of Its Former Chief Executive Officers [ECF 89], and the pleadings and papers filed in support of and in response to the Motions, the documents and records in the Court's file, and argument of counsel,

IT IS HEREBY ORDERED THAT

1. Defendant's motion for a protective order barring the deposition of Perry Hilzendeger [87] and its motion for protective order barring the depositions of its CEOs [89] are entered and continued. Should the 30(b)(6) deposition of Wells Fargo not provide information Plaintiff requires, the court will consider these motions, but is likely to direct that Plaintiff take a deposition on written questions only of Mr. Stumpf.

2. Defendant's motion to strike Plaintiff's Rule 30(b)(6) deposition notice [85] is granted in part and denied in part. The court sustains objections to designation of a witness on

Topics 20, 21, 23, and 24. Plaintiff has refined Topics 5, 6, and 22; as so limited, Defendant's objection is overruled. Defendant's objection to Topics 7−15, 17 and 19 are overruled. Topic 16 has been withdrawn. As Plaintiff's counsel stresses he will not ask questions already propounded in the Hernandez litigation, and that his Rule 30(b)(6) questioning will be succinct, the parties are directed to confer about appropriate time limits, which the court presumes will not exceed seven hours in total.

    3.    Date for submission of a further written status report is extended to June 23, 2022.

**IT IS SO ORDERED**.

June 3, 2022

Date: _____

_____
Hon. Rebecca R. Pallmeyer
United States District Judge