**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **EDUARDO GARCIA** and **JULIA GARCIA**,<br><br>Plaintiffs,<br>vs.<br><br>**WELLS FARGO BANK, N.A.**,<br><br>Defendant. | Case No. 1:20-cv-02402<br><br>Honorable Rebecca R. Pallmeyer |

**PLAINTIFFS' APPENDIX OF EXHIBITS**

Plaintiffs, Eduardo Garcia and Julia Garcia, by and through their undersigned counsel, submit the below Exhibits in support of Plaintiffs' Statement in Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts, Plaintiffs' Local Rule 56.1 Statement of Additional Material Facts, and Plaintiffs' Memorandum in Opposition to Wells Fargo's Motion for Summary Judgment, filed herewith.

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Excerpts from Julia Garcia Deposition | 38-39<br>42<br>53<br>55-57<br>62-65<br>70-73<br>83-88<br>91-92<br>119-123<br>134-136<br>140-141<br>164-168<br>174-176<br>189-190<br>209-216<br>231-234<br>239<br>253-254<br>258-263 |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| | | 277-279<br>294 |
| 2 | Excerpts from Eduardo Garcia Deposition | 81<br>102-107<br>125<br>138<br>141-144<br>168-170<br>175-176<br>202-205<br>218-220<br>229-231<br>268<br>280-281 |
| 3 | Excerpts from Byron Garcia Deposition | 30<br>84-90<br>92<br>99-101<br>123 |
| 4 | Excerpts from Miriahm Garcia Deposition | 61-62<br>108-109<br>125-126 |
| 5 | Excerpts from Elena Briseño Deposition | 25-26<br>49-50<br>65<br>71 |
| 6 | Excerpts from Susan Vega Deposition | 32<br>35<br>49-50<br>57-60<br>72-75 |
| 7 | Excerpts from Martha Polo Koehler Deposition | 108-109<br>125-128 |
| 8 | Excerpts from Anita Pillai, M.D. Deposition | 36-37<br>66<br>74-75<br>85<br>100-114<br>116-121 |
| 9 | Excerpts from Lawrence Frank, M.D. Deposition | 89-90 |
| 10 | Excerpts from Mark Loren Fehr, M.D. Deposition | 70-71 |
| 11 | Excerpts from Robert Ferguson Deposition | 57<br>59-60<br>116-138 |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| | | 146-147 |
| 12 | Excerpts from Carmen Bell Deposition | 32-62<br>66-74<br>104-105<br>130-132<br>134-135<br>148-149<br>155-157<br>160<br>163<br>168-169<br>172-173 |
| 13 | Documents produced by Wells Fargo | WF_GARCIA_<br>00000376<br>00001350-1353<br>00001462-1464 |
| 14 | Complaint to Foreclose Mortgage | WF_GARCIA_<br>00003101-3104 |
| 15 | Order Approving Report of Sale and Distribution, Confirming Sale and Order of Possession, filed March 29, 2011 | WF_GARCIA_<br>00003089-3090 |
| 16 | Wells Fargo Bank, N.A. Third Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories, dated June 3, 2022 | |
| 17 | Amended and Restated Commitment to Purchase Financial Instrument and Servicer Participation Agreement ("SPA") signed by Wells Fargo on 03/16/2010;<br>and<br>Amendment to Amended and Restated Commitment to Purchase Financial Instrument and Servicer Participation Agreement ("ASPA") signed by Wells Fargo on 03/03/2015 | WF_GARCIA_<br>00003017-3053<br><br>00003054-3057 |
| 18 | Consent Order dated 04/13/2011 | GARCIA 02470-2502 |
| 19 | 2013 Amendment to 04/13/2011 Consent Order | GARCIA 02503-2523 |
| 20 | Consent Order dated 06/16/2015 Amending 2011 Consent Order and 2013 Amendment | GARCIA 02524-2546 |
| 21 | Consent Order dated 04/20/2018 and<br>Consent Order for Civil Penalty dated 04/20/2018 | GARCIA 01231-1265;<br>1266-1281 |
| 22 | Consent Order with CFPB dated 04/20/2018 | GARCIA 01196-1230 |
| 23 | Consent Order (Cease and Desist) and<br>Consent Order (Civil Money Penalty) dated 09/09/2021 | GARCIA 01282-1309 |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 24 | Wells Fargo's Commitment to Customer Program Risk & Materiality Assessment Template (original produced in Excel format) | WF_HERNANDEZ_ 00066783 |
| 25 | Federal Housing Finance Agency, Office of Inspector General - "An Overview of the Home Foreclosure Process" | GARCIA 04147-4495 |

Dated: August 19, 2022

*Respectfully submitted,*

**EDUARDO GARCIA** and
**JULIA GARCIA**

*/s/ Nick Wooten*
Nicholas H. Wooten
NICK WOOTEN, LLC
5125 Burnt Pine Drive
Conway, Arkansas 72034
(833) 937-6389
*nick@nickwooten.com*

Rusty A. Payton,
PAYTON LEGAL GROUP
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
(773) 682-5210
*info@payton.legal*

Salvador J. Lopez
ROBSON & LOPEZ, LLC
180 W. Washington Street, Suite 700
Chicago, Illinois 60602
(312) 523-2166
*lopez@robsonlopez.com*

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFFS' APPENDIX OF EXHIBITS (IN SUPPORT OF PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANT'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS, PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF ADDITIONAL MATERIAL FACTS, AND PLAINTIFFS' MEMORANDUM IN OPPOSITION TO WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT)** was served via the Court's Electronic Filing System on all parties and counsel of record on the following date.

Dated: August 19, 2022

By: */s/ Nick Wooten*
One of Plaintiffs' Attorneys