# EXHIBIT 14

## COUNT II – REFORMATION OF MORTGAGE

1-3 Plaintiff realleges paragraphs 1-3 of Count I and incorporates same herein by reference

4 That plaintiff and defendant-borrower entered into a mortgage contract dated 1/26/2006 which was recorded on 02/22/2006 as document number 0605346110 affecting the property commonly known as 407 Beach Avenue, LaGrange Park, IL 60526

5 That due to a scrivener's error, the mortgage contained an incorrect legal description

6 That the correct legal description for the property is attached as Exhibit C herein

7 That it was plaintiff and defendant-borrower's intent to create a valid mortgage contract containing the correct legal description as referenced herein

WHEREFORE, plaintiff prays as follows

1 That this court enter an order reforming the mortgage which is the subject matter of this action to correct the legal description

2 For such other and further relief as this court deems just

_____
One of its attorneys

FREEDMAN ANSELMO LINDBERG & RAPPE LLC
1807 W Diehl Rd Ste 333
Naperville IL 60566 7228
630 983 0770   866 402 8661
630-428-4620 (fax)
Attorney No  Cook 26122 DuPage 42005 Kane 031 26104
Peoria 1794 Winnebago 3802 IL 03126232
Steven Lindberg 3126232 Louis Freedman 3126104 Thomas Anselmo 3125949
Robert Rappe 6201817 Doug Oliver 6273607 Barbara Nilsen 6287524
Clay R Mosberg 1972316 Vincent A Chavarria 6291469

CONFIDENTIAL                                                                                              WF_GARCIA_00003101

## PRAYER

WHEREFORE, the Plaintiff, prays as follows

1. For foreclosure of such Mortgage,

2. An Order granting a shortened redemption period, if authorized by law,

3. For a personal deficiency judgment against Eduardo Garcia-Munoz only, if sought

4. A judgment for attorneys' fees, costs and expenses,

5. Such other relief as equity may require

## ADDITIONAL REQUEST FOR RELIEF

Plaintiff also requests that the judgment for foreclosure or other orders entered herein provide for the following 735 ILCS 5/15-1506(f)

1. A sale by public auction

2. A sale by open bid

3. A Judge of this Court or Sheriff of the County, Intercounty Judicial Sales or The Judicial Sales Corporation, shall conduct the sale

4. Title in the real estate may be subject, at the sale, to exceptions including general real estate taxes for the current year and for the preceding year which have not become due and payable as of the date of entry of the Judgment of Foreclosure, any special assessments upon the real estate, and easements and restrictions of record

5. In the event a party to the foreclosure is a successful bidder at the sale, such party shall be allowed to offset against the purchase price to be paid for such real estate amounts due such party under the Judgment of Foreclosure or Order confirming the sale

R250

CONFIDENTIAL

WF_GARCIA_00003102

E Date and place of recording of Mortgage February 22, 2006 in the office of the Recorder of Deeds or Registrar of Titles

F Identification of recording 0605346110

G Estate Conveyed Fee Simple

H Amount of Original Indebtedness, including subsequent advances made under the mortgage $223,000.00

I Legal Description and common address of Mortgaged Premises

  (1) Legal Description SEE ATTACHED

  (2) Common Address 407 Beach Avenue, LaGrange Park, IL 60526

  (3) P I N 15-33-416-007-0000

J Statement as to mortgage loan default

  Unpaid Principal  $218,440.53
  Total Balance Due  $231,923.69
  Date of Calculation December 31, 2008
  Loan due for September 1, 2008 and a default occurred 30 days thereafter

K Name of present owners of said premises Eduardo Garcia-Munoz

L Names of other persons who are joined as Defendants and whose interest in or lien on the mortgage real estate is sought to be terminated

  1) Eduardo Garcia-Munoz, as owner(s) of the real estate foreclosed herein,

  2) Eduardo Garcia-Munoz, as mortgagor(s) of the real estate foreclosed herein,

  3) Unknown Owners and Non-Record Claimants

M Names of persons claimed to be personally liable for deficiency Eduardo Garcia-Munoz

N Capacity in which Plaintiff brings this suit As "mortgagee" as that term is defined at 735 ILCS 5/15-1208

O Facts in support of request for attorneys' fees and of costs and expenses, if applicable Plaintiff has been required to retain counsel for prosecution of this foreclosure and to incur substantial attorneys' fees, court costs, title insurance and other expenses which should be added to the balance secured by said mortgage

P Plaintiff seeks to terminate the right to possess the mortgaged real estate after confirmation of a foreclosure sale against all defendants who have the right to possess the property

W08120202
Deutsche Bank National Trust Company, as Trustee
for Morgan Stanley IXIS Real Estate Capital Trust,
2006-1

    Plaintiff,

vs

Eduardo Garcia-Munoz,
Julia E Escamila,
Unknown Owners and Non-Record Claimants
    Defendants

CASE NO

09CH00855

## COMPLAINT TO FORECLOSE MORTGAGE
735 ILCS 5/15-1504(a)(1) through (3))

    NOW COMES the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley IXIS Real Estate Capital Trust, 2006-1, by and through its attorney, FREEDMAN ANSELMO LINDBERG & RAPPE, LLC and complains of the above Defendants as follows

1    Plaintiff files this Complaint to Foreclose the Mortgage hereinafter described and joins the following persons as Defendants

    A    Eduardo Garcia-Munoz, Julia E Escamila,

    B    Plaintiff avers that in addition to persons designated by name herein, and the unknown defendants hereinbefore referred to there are other persons who are interested in this action and who have or claim some right, title, interest or lien in, to or upon the real estate sought to be foreclosed in this Complaint, that the name of each of such other person or persons is unknown to Plaintiff, and on diligent inquiry cannot be ascertained, and all such persons are hereby made parties Defendants to this proceeding by the name and description of UNKNOWN OWNERS and NON-RECORD CLAIMANTS

2    That attached hereto as Exhibit "A" and incorporated herein is a true copy of said Mortgage That attached hereto as Exhibit "B" and incorporated herein is a true copy of the Note secured thereby

3    Information concerning said Mortgage attached as Exhibit "A"

    A    Nature of the Instrument   Mortgage

    B    Date of the Mortgage   January 26, 2006

    C    Name of the Mortgagors   Eduardo Garcia-Munoz

    D    1)    Name of the Mortgagee    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley IXIS Real Estate Capital Trust, 2006-1
        2)    Current Loan Servicer    America's Servicing Company

CONFIDENTIAL    WF_GARCIA_00003104