**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **EDUARDO GARCIA** and **JULIA GARCIA**,<br><br>Plaintiffs,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.**,<br><br>Defendant. | Case No. 1:20-cv-02402<br><br>Hon. Rebecca R. Pallmeyer<br><br>**ORAL ARGUMENT REQUESTED** |

**REPLY DECLARATION OF SHAWN R. OBI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Shawn R. Obi, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, have been admitted *pro hac vice* in the State of Illinois, and am a partner with Winston & Strawn LLP, counsel for Defendant Wells Fargo Bank, N.A. ("Defendant" or "Wells Fargo") in the above-captioned matter. I am over eighteen years of age, and I have personal knowledge of each and every fact stated in this declaration. If called to testify, I could testify competently thereto.

2. Attached as Exhibit 39 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Eduardo Garcia, dated April 25, 2022.

3. Attached as Exhibit 40 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Julia Garcia, dated May 5, 2022.

4. Attached as Exhibit 41 is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Carmen Bell, dated August 2, 2019.

5. Attached as Exhibit 42 is a true and correct copy of the Mortgage Foreclosure Summons dated January 8, 2009.

6. Attached as Exhibit 43 is a true and correct copy of Plaintiffs' Mortgage dated January 26, 2006.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.

Executed this 9th day of September 2022 in Los Angeles, California.

Dated: September 9, 2022

*_/s/ Shawn R. Obi_*
Shawn R. Obi

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 9th day of September, 2022, the foregoing Reply Declaration of Shawn R. Obi in Support of Defendant's Motion for Summary Judgment was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois, and was served by operation of that Court's electronic filing system on all parties of record.

Dated: September 9, 2022

*/s/ Shawn R. Obi*
Shawn R. Obi