**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Eduardo Garcia, et al.
                                        Plaintiff,

v.                                                    Case No.: 1:20−cv−02402
                                                              Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 16, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion in limine no. 2 to exclude theories of liability not in complaint [168] is granted in part and denied in part for the reasons stated in the court's order. As explained in open court, motion to quash Plaintiff's trial subpoena [182] is granted without prejudice to Plaintiff's eliciting testimony from corporate witnesses Wells Fargo has listed on its witness list. Motion to strike memorandum in support of verdict form 4 [165] is denied; the court has considered Wells Fargo's arguments in opposition to use of that form. Motion to exclude inflammatory rhetoric [174] is granted. Motion to exclude evidence regarding recovery of economic damages for lost equity [172] is denied, but such evidence will be limited as stated in open court on June 8, 2023. Motion to preclude any damages formula not based in evidence [166] is granted as stated in open court. Order to enter. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.